UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
___Norfolk_____ DIVISION

UNITED STATES OF AMERICA,

      vs.   Plaintiff,                  Civil/Criminal Action No 2:10cv0232

ALAKAI (O.M. 1182234) et al.,

          Defendant.

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

_____
in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

_____
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

_____
in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

_____
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for
___Hornblower Marine Services, Inc._____
in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

August 4, 2010                      Hornblower Marine Services, Inc.
Date                                 Signature of Attorney or Litigant
                                           Counsel for _____

*Note: Under L.R. 7.1 (A)(1), this form is to be filed in duplicate with the Clerk of Court.*

Rev. 7/14/04